```
                                UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
                                         AT SEATTLE
```

| | |
|---|---|
| PAUL WHITFORD and MEGAN JAYNE WHITFORD,<br><br>                Plaintiffs,<br><br>   v.<br><br>MT. BAKER SKI AREA, INC., a corporation organized under the laws of the State of Washington,<br><br>                Defendant. | CASE NO. 11-0112-RSM<br><br>ORDER REGARDING PLAINTIFFS' MOTION *IN LIMINE* AND PLAINTIFFS' SUPPLEMENTAL MOTIONS *IN LIMINE* |

THIS MATTER comes before the Court upon Plaintiffs' First Motion *in Limine* (Dkt. # 50) and Plaintiffs' Supplemental Motions *in Limine* (Dkt. # 66). Having considered the pleadings and the records on file herein, the Court hereby finds and ORDERS:

1. That Plaintiffs' Motion *in Limine* to exclude evidence or testimony regarding prior incidents or the lack thereof is DEFFERED. The Court will rule at trial on a case-by-case basis. Irrelevant testimony will be excluded.

2. That Plaintiffs' Motion *in Limine* to exclude evidence of safety inspections is DENIED.

3. That Plaintiffs' Motion *in Limine* to exclude testimony by Mr. John Mauch regarding the "sufficiency" of the safety net is DENIED.

4. That Plaintiffs' Motion *in Limine* to exclude testimony of witnesses not designated pursuant to Plaintiffs' Fed. R. Civ. P. 30(b)(6) deposition notice is DENIED.

5. That Plaintiffs' Motion *in Limine* to exclude testimony regarding the absence of similar falls at other ski areas is DENIED.

6. That the parties have represented to the Court that they have STIPULATED to Plaintiffs' Motion *in Limine* to exclude evidence of Defendant's safety practices and safety history not relating to the Chair No. 1 mid-station.

7. That Plaintiffs' Motion *in Limine* to exclude testimony or evidence regarding (i) the snow level at the time of the incident; (ii) the distance between the snow level and the platform; and (iii) the distance that Mr. Whitford fell is DENIED.

8. That Plaintiffs' Motion *in Limine* to exclude testimony that Mr. Whitford did not appear injured is DENIED.

9. That the parties have represented to the Court that they have STIPULATED to Plaintiffs' Motion *in Limine* to exclude evidence or argument that Mr. Whitford's medical care was not reasonable and necessary.

10. That the parties have represented to the Court that they have STIPULATED to Plaintiffs' Motion *in Limine* to exclude evidence of collateral sources for payment of medical expenses and lost compensation.

1 | 11. That Plaintiffs' Motion *in Limine* to exclude evidence of Mr. Whitford's medical expenses and the amount thereof is DENIED.

2 | 12. That Plaintiffs' Motion *in Limine* to exclude argument that general damages should be based on the amount of Mr. Whitford's medical expenses is DENIED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated April 12, 2012.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER REGARDING PLAINTIFFS' MOTION IN LIMINE AND PLAINTIFFS' SUPPLEMENTAL MOTIONS IN LIMINE - 3